No. 76–6916. Schuster *v.* New York. C. A. 2d Cir. Certiorari denied. Mr. Justice Marshall would grant certiorari.

Mr. Justice Brennan, dissenting.

This suit is brought by a New York citizen against New York officials. In that circumstance it is my view that New

York may not invoke the Eleventh Amendment, since that Amendment in terms bars only federal court suits against States by citizens of other States. *Edelman* v. *Jordan,* 415 U. S. 651, 687 (1974) (BRENNAN, J., dissenting). I would grant the petition and reverse the judgment of the Court of Appeals.